ROBERT M. HOLLEY, ESQ.
ATTORNEY AT LAW
331 J STREET, SUITE 200
SACRAMENTO, CA 95823
TEL: 916.443-2213
FAX: 916.442-1310

ATTORNEY FOR DEFENDANT
ANTHONY FANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR.S 03-453   LKK |
| ) | |
| Plaintiff, ) | |
| ) | APPLICATION FOR ORDER |
| ) | EXONERATING BAIL |
| vs. ) | ORDER |
| ) | |
| ANTHONY JOSEPH FANT, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| _____ ) | |

Defendant, ANTHONY JOSEPH FANT, by and through undersigned counsel, applies for an order from this court exonerating the bail posted to secure his release in this case. Defendant is making this application on the grounds that his bail was never formally exonerated at the conclusion of the case. Accordingly, the lien in favor of the Clerk of Court posted to secure defendant's release has not been extinguished. Defendant is in custody serving his sentence imposed by the Court.

Dated:   September 17, 2007

                                                         Respectfully Submitted,

                                                         /S/ Robert M. Holley
                                                         _____
                                                         Robert M. Holley
                                                         Attorney for Defendant

Us v. Anthony Fant, CR.S-03-453 LKK, Application for Order Exonerating Bail

**ORDER**

GOOD CAUSE having been shown, IT IS HERE BY ORDERED that the bail posted in this case to secure the release of ANTHONY JOSEPH FANT, in case number Cr S-03-453, is hereby EXONERATED.

Dated: September 18, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT